UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KERRY ANTHONY JONES                     CIVIL ACTION

VERSUS                                             NO. 11-1381

UNITED STATES OF AMERICA              SECTION "N" (2)

## ORDER AND REASONS

Before the Court is the "Motion to Grant Writ Under 28 U.S.C. §2241"(Rec. Doc. 1), filed by Kerry A. Jones ("Jones"). This motion is opposed by the Government. (See Rec. Doc. 4). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons stated by the Government in its Opposition at Rec. Doc. 4, the **"Motion to Grant Writ Under 28 U.S.C. §2241" (Rec. Doc. 1)** is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. Jones is neither in federal custody for his federal conviction, nor located in the Eastern District of Louisiana. Because Jones he is currently in state custody at Concordia Parish Correctional Center located in Ferriday, Louisiana, in the Western District of Louisiana, this Court lacks jurisdiction to hear this matter. *Thomas v. Tamez*, 2009 WL 229782 *1 (5th Cir. 2009); *Zolicoffer v. U.S. Dep't of Justice*, 315 F.3d 538, 540 (5th Cir. 2003); 28 U.S.C. § 2241(c).

New Orleans, Louisiana, this 14th day of September, 2011.

                                                KURT D. ENGELHARDT
                                                United States District Judge